IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**EULA ROGERS AND CLEAMON H. ROGERS**                          **PLAINTIFFS**

**VS.**                                                                              **CIVIL ACTION NO. 3:09CV008-M-S**

**BARRY GOLDEN; KEVIN GOLDEN**
**D/B/A GOLDEN TRUCKING;**
**FARMERS MARKETING ASSOCIATION;**
**and UNKNOWN DEFENDANTS 2-10**                                          **DEFENDANTS**

## AGREED ORDER EXTENDING CASE MANAGEMENT DEADLINES

This matter is before the court on joint motion of the parties, *ore tenus*, to extend the case management deadlines in this matter. Having considered the motion, and being advised that the defendant, Farmers Marketing Association, was only recently added as a defendant in this case, the court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED as follows:

1. The discovery deadline is extended to March 19, 2010; and

2. The motion deadline is extended to April 2, 2010.

SO ORDERED, this the 19th day of January, 2010.

                                                                     /s/David A. Sanders
                                                                     UNITED STATES MAGISTRATE JUDGE